UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-81044-Civ-Marra/Hopkins

BERNADETTE M. HELMUTH,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed R. Civ. P. 56, Plaintiff, Bernadette M. Helmuth, on behalf of herself and the class she seeks to represent, moves this Court for an entry of partial summary judgment on the basis that Defendant, ARS National Services, Inc., violated the Fair Debt Collection Practices Act, 15 U.S.C. §§1692 *et seq.* ("FDCPA"), by failing to disclose in its telephone messages that it is debt collector.

Plaintiff moves for partial summary judgment as to liability only. Plaintiff leaves the matter of statutory damages to the jury. In support of this motion, Plaintiff submits the accompanying Memorandum and Plaintiffs' Statement of Material Facts. As set forth in Plaintiff's Memorandum, the undisputed facts establish that Defendant has violated the FDCPA.

1

WHEREFORE, Plaintiff, Bernadette M. Helmuth, requests that partial summary judgment be entered in favor of herself and the class she seeks to represent and against Defendant, ARS National Services, Inc., that Defendant violated the FDCPA, with the jury to determine damages.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        don@donyarbrough.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-81044-Civ-Marra/Hopkins

BERNADETTE M. HELMUTH,
on behalf of herself and
all others similarly situated,

     Plaintiff,
v.

ARS NATIONAL SERVICES, INC.,

     Defendant.
_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on December 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       s/Donald A. Yarbrough
                                                     Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David L. Hartsell, Esq.
McGuire Woods LLP
Suite 4100
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312-849-8100

Via Notices of Electronic Filing generated by CM/ECF