UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-81044-Civ-Marra/Hopkins

BERNADETTE M. HELMUTH,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

      Defendant.

_____/

### PLAINTIFFS' STATEMENT OF MATERIAL FACTS

Pursuant to Fed R. Civ. P. 56, Plaintiff, Bernadette M. Helmuth, on behalf of herself and the class she seeks to represent, makes the following statement of material facts as to which she contends there is no genuine issue to be tried with respect to her Motion for Partial Summary Judgment.

1.      Plaintiff, Bernadette M. Helmuth is a natural person who resides in Palm Beach County, Florida. See Declaration of Bernadette M. Helmuth, "Plaintiff's Declaration," ¶ 1, filed contemporaneously with this statement.

2.      Defendant, ARS National Services, Inc., is a corporation and citizen of the State of California with its principal place of business at 201 West Grand Avenue, Escondido, California 92025. See Defendant's Answer and Affirmative Defenses (DE 6), "Defendant's Answer," ¶ 4.

3.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.  Defendant regularly collects or attempts to collect debts for other parties and is a "debt collector" as defined in the FDCPA. Defendant's Answer, ¶ 5, 6. See Deposition of Defendant's corporate representative, Dan Montenaro, DE 43-1 "Montenaro Deposition", page 16 lines 2 through 8.

4.      Plaintiff incurred an alleged debt to Dell Financial Services for personal, family, or household purposes. Plaintiff was unable to pay the debt due to her husband's accident, which resulted in his permanent disability and loss of employment; and the computer she bought from Dell did not work. The debt subsequently went into default. Plaintiff's Declaration, ¶ 3.

5.      Dell Financial Services referred Plaintiff's debt to Defendant, ARS National Services, Inc., for collection. Montenaro Deposition, page 11 lines 10 through 13.

6.      Defendant called Plaintiff and the other putative class members in an effort to collect a debt that was due to Dell Financial Services. Montenaro Deposition, page 11 lines 10 through 13.

7.      On or about September 15, 2010, Defendant left the following prerecorded message on Plaintiff's voice mail:

> Hello. The following is a message from ARS National Services. It is very important that we speak to Bernadette Helmuth. This is not a telemarketing or sales call. Please have them call us toll-free at 1-866-274-3582 and the reference number is 19718228. We need to be able to discuss this matter with you as soon as possible. Thank you. Goodbye.

Plaintiff's Declaration, ¶ 4.

8.      Defendant left messages for Plaintiff on other occasions, including but not limited to September 17, 2010, September 20, 2010, September 22, 2010, September 28, 2010, October 4, 2010, and October 7, 2010. Montenaro Deposition, page 67.

9.      Prior to August 19, 2011, Defendant did not have a specific policy to include the disclosure that Defendant is a debt collector in its messages to consumers. Second Deposition of Defendant's corporate representative, Dan Montenaro, DE 84-1, "Second Montenaro Deposition," page 141 lines 8 to 13.

10.     Prior to August 19, 2011, Defendant used uniform prerecorded messages that did not contain the words "debt," "collection," or "debt collector." Second Montenaro Deposition, page 141 lines 8 to 13, page 153 lines 14-16, page 177 lines 4 to 15.

11.     On August 19, 2011, Defendant created a new prerecorded message to use in its collection practices that included a disclosure that Defendant is a debt collector, and a uniform policy of using the new standardized message. Second Montenaro Deposition, page 140 line 16 to page 141 line 7.

12.     Defendant left pre-recorded messages on 5,565 non-commercial Dell Financial accounts for consumers residing in Florida in an attempt to collect a debt. Defendant's First Amended Responses and Objections to Plaintiff's First Set of Interrogatories, DE 86-1 and certification of Defendant's counsel, see Telephonic Motion Hearing Transcript, DE 93-1, page 4 lines 7 through 10.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-81044-Civ-Marra/Hopkins

BERNADETTE M. HELMUTH,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       s/Donald A. Yarbrough
                                       Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David L. Hartsell, Esq.
McGuire Woods LLP
Suite 4100
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312-849-8100

Via Notices of Electronic Filing generated by CM/ECF

5