UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81044-CIV-MARRA

BERNADETTE M. HELMUTH, on behalf
of herself and all others similarly situated,

Plaintiff,

vs.

ARS NATIONAL SERVICES, INC.,

Defendant.
_____/

## ORDER

The above-styled cause has been set for a hearing on **Thursday, May 23 2013 at 9:00 a.m.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida to address the pending motion to stay (DE 110).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of May, 2013.

_____
KENNETH A. MARRA
United States District Judge