UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81044-CIV-MARRA

BERNADETTE M. HELMUTH, on behalf
of herself and all others similarly situated,

Plaintiff,

vs.

ARS NATIONAL SERVICES, INC.,

Defendant.
_____/

## ORDER

This cause is before the Court upon Defendant's Motion to Stay Based on Pending Nationwide Class Settlement (DE 110).  The Court held a hearing on the motion on May 23, 2013.  The Court has carefully considered the motion and the arguments of counsel and is otherwise fully advised in the premises.

Defendant seeks to stay the instant case pending a decision in a related case, Koby, et al. v. ARS National Services, Inc., Case no. 3:09-cv-00780-KSC (S.D. Cal) ("Koby"), on whether to approve a proposed nationwide class settlement.  Plaintiff has filed a motion to certify the class in the instant case. (DE 86.)  Given that the Koby case has progressed further than the instant case and the fact that the motion to certify the class in the instant case would be rendered moot if the Koby court approves the proposed settlement in that case, the Court finds that a stay of the instant action is appropriate.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Stay Based on Pending Nationwide Class Settlement (DE 110) is **GRANTED**.  The case is

stayed **for 45 days from the date of entry of this Order**.  The Defendant shall file a report at the end of the stay advising the Court of the status of the Koby case.   This stay shall not preclude Plaintiff from seeking to intervene or object to the proposed settlement in the Koby case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 24th day of May, 2013.

_____
KENNETH A. MARRA
United States District Judge